**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-63643-6 |
| | § | |
| G & O INDUSTRIES INC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 11/28/2005. The case was converted to one under Chapter 7 on 03/16/2006. The undersigned trustee was appointed on 03/21/2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $15,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $10.64 |
    | Bank service fees | $315.88 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $14,673.48 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/15/2008 and the deadline for filing government claims was 04/15/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/03/2015                                By:   /s/ David R. Herzog
                                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit A

| Case No.: | 05-63643-6 | Trustee Name: | David R. Herzog |
| Case Name: | G & O INDUSTRIES INC | Date Filed (f) or Converted (c): | 03/16/2006 (c) |
| For the Period Ending: | 9/3/2015 | §341(a) Meeting Date: | 04/12/2006 |
| | | Claims Bar Date: | 04/15/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 HARRIS BANK ACCOUNT | $250.00 | $250.00 | | $0.00 | FA |
| 2 VARIOUS RECEIVABLES | $4,000.00 | $4,000.00 | | $0.00 | FA |
| 3 SUIT - G&O VS. UIC | $80,000.00 | $15,000.00 | | $15,000.00 | FA |
| 4 SUIT - SCHNITZLER VS. G&O | Unknown | $0.00 | | $0.00 | FA |
| 5 COMPUTERS, DESKS | $2,000.00 | $2,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                         **Gross Value of Remaining Assets**
$86,250.00   $21,250.00   $15,000.00   $0.00

**Major Activities affecting case closing:**
Trustee obtained settlement of Court of Claims action. Awaiting special counsel fee application and working on closing of the case.

**Initial Projected Date Of Final Report (TFR):** 12/31/2008    **Current Projected Date Of Final Report (TFR):** 12/31/2014    /s/ DAVID R. HERZOG
                                                                                                                    DAVID R. HERZOG

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-63643-6 | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | G & O INDUSTRIES INC | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5660 | | | Checking Acct #: | ******0177 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 11/28/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/3/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2014 | (3) | University of Illinois | Settlement | 1149-000 | $15,000.00 | | $15,000.00 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $14,990.00 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.07 | $14,965.93 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.37 | $14,942.56 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.11 | $14,918.45 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.07 | $14,894.38 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.25 | $14,871.13 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.99 | $14,847.14 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.18 | $14,823.96 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.92 | $14,800.04 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.88 | $14,776.16 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.53 | $14,754.63 |
| 03/20/2015 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $10.64 | $14,743.99 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.80 | $14,720.19 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.00 | $14,697.19 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.71 | $14,673.48 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $22.91 | $14,650.57 |
| 07/01/2015 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($22.91) | $14,673.48 |

| | | | | **SUBTOTALS** | $15,000.00 | $326.52 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-63643-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | G & O INDUSTRIES INC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5660 | Checking Acct #: | ******0177 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/28/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/3/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $15,000.00 | $326.52 | $14,673.48 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | **Subtotal** | $15,000.00 | $326.52 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | **Net** | $15,000.00 | $326.52 | |

**For the period of 11/28/2005 to 9/3/2015**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $326.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $326.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/17/2014 to 9/3/2015**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $326.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $326.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-63643-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | G & O INDUSTRIES INC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5660 | Checking Acct #: | ******0177 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/28/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/3/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $15,000.00 | $326.52 | $14,673.48 |

For the period of 11/28/2005 to 9/3/2015

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $326.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $326.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 03/16/2006 to 9/3/2015

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $326.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $326.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

# CLAIM ANALYSIS REPORT

| Case No.: | 05-63643-6 | | | Trustee Name: | David R. Herzog |
| Case Name: | G & O INDUSTRIES INC | | | Date: | 9/3/2015 |
| Claims Bar Date: | 04/15/2008 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID R. HERZOG  77 W. Washington Street  Suite 1717  Chicago IL 60602 | 06/30/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,250.00 | $2,250.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| | DAVID R. HERZOG  77 W. Washington Street  Suite 1717  Chicago IL 60602 | 01/30/2012 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | SAUL R. WEXLER | 06/30/2015 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $6,000.00 | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 |
| 9 | CLERK OF THE U.S. BANKRUPTCY COURT | 08/27/2015 | Other Chapter 7 Administrative Expenses | Allowed | 2990-000 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |

**Claim Notes:** Payment of deferred filing fee for adversary case

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | OFFICE OF THE U.S. TRUSTEE  227 West Monroe Suite 3350  Chicago IL 60606 | 03/21/2006 | U.S. Trustee Quarterly Fees | Allowed | 2950-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 6 | PITNEY BOWES INC  27 Waterview Drive  Shelton CT 06484 | 04/05/2006 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $370.00 | $370.00 | $0.00 | $0.00 | $0.00 | $370.00 |
| 1 | JPMORGAN CHASE BANK, N.A. | 01/17/2006 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PITNEY BOWES INC  27 Waterview Drive  Shelton CT 06484 | 03/01/2006 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,574.33 | $2,574.33 | $0.00 | $0.00 | $0.00 | $2,574.33 |
| 4 | CITIBANK USA NA  dba Dell  PO Box 9025  Des Moines IA 50368 | 03/21/2006 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,384.11 | $3,384.11 | $0.00 | $0.00 | $0.00 | $3,384.11 |

# CLAIM ANALYSIS REPORT

| Case No. | 05-63643-6 | | | | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | G & O INDUSTRIES INC | | | | | | Date: | 9/3/2015 |
| Claims Bar Date: | 04/15/2008 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5 | TST IMPRESO 652 S. Western Blvd. Coppell TX 75109 | 04/04/2006 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,334.84 | $4,334.84 | $0.00 | $0.00 | $0.00 | $4,334.84 |
| 7 | PITNEY BOWES INC 27 Waterview Drive Shelton CT 06484 | 04/05/2006 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,378.84 | $2,378.84 | $0.00 | $0.00 | $0.00 | $2,378.84 |
| 8 | TRUE BENCHMARK INS. 6 Court of Mohawk Valley Lincolnshire IL 60069 | 04/11/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $527,903.48 | $527,903.48 | $0.00 | $0.00 | $0.00 | $527,903.48 |
| | | | | | | $550,445.60 | $550,445.60 | $0.00 | $0.00 | $0.00 | $550,445.60 |

# CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 05-63643-6 | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | G & O INDUSTRIES INC | | **Date:** | 9/3/2015 |
| **Claims Bar Date:** | 04/15/2008 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 |
| Claims of Governmental Units | $370.00 | $370.00 | $0.00 | $0.00 | $0.00 | $370.00 |
| General Unsecured § 726(a)(2) | $540,575.60 | $540,575.60 | $0.00 | $0.00 | $0.00 | $540,575.60 |
| Other Chapter 7 Administrative Expenses | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Trustee Compensation | $2,250.00 | $2,250.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| Trustee Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| U.S. Trustee Quarterly Fees | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     05-63643-6
Case Name:    G & O INDUSTRIES INC
Trustee Name: David R. Herzog

Balance on hand:                $14,673.48

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:    $0.00
Remaining balance:                   $14,673.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David R. Herzog, Trustee Fees | $2,250.00 | $0.00 | $2,250.00 |
| Saul R. Wexler, Attorney for Trustee Fees | $6,000.00 | $0.00 | $6,000.00 |
| Office of the U.S. Trustee, U.S. Trustee Quarterly Fees | $1,000.00 | $0.00 | $1,000.00 |
| Other: Clerk of the U.S. Bankruptcy Court, Other Chapter 7 Administrative Expenses | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses:    $9,500.00
Remaining balance:                                        $5,173.48

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:                                          $5,173.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $370.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Payment |
|---|---|---:|---:|---:|

UST Form 101-7-TFR (5/1/2011)

|   |   |   | Date |   |
|---|---|---:|---:|---:|
| 6 | Pitney Bowes Inc | $370.00 | $0.00 | $370.00 |

|  |  |
|---:|---:|
| Total to be paid to priority claims: | $370.00 |
| Remaining balance: | $4,803.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $540,575.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | JPMorgan Chase Bank, N.A. | $0.00 | $0.00 | $0.00 |
| 2 | Pitney Bowes Inc | $2,574.33 | $0.00 | $22.87 |
| 4 | Citibank USA NA | $3,384.11 | $0.00 | $30.07 |
| 5 | TST Impreso | $4,334.84 | $0.00 | $38.52 |
| 7 | Pitney Bowes Inc | $2,378.84 | $0.00 | $21.14 |
| 8 | True Benchmark Ins. | $527,903.48 | $0.00 | $4,690.88 |

|  |  |
|---:|---:|
| Total to be paid to timely general unsecured claims: | $4,803.48 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---:|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**