**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| **G & O INDUSTRIES, INC.,** | ) | **Case No. 05 B 63643** |
| | ) | |
| **Debtor.** | ) | **Hon. Jacqueline Cox** |

**COVER SHEET FOR APPLICATION
FOR PROFESSIONAL COMPENSATION**

Name of Applicant:   SAUL R. WEXLER

Authorized to Provide Professional Services to:   Trustee

Date of Order Authorizing Employment: April 22, 2008

Period For Which Compensation is Sought:  From April 22, 2008
                                                    through present

Amount of Fees Sought:  $ 21,166.29 *

Amount of Expense Reimbursement Sought:  $ 0.00

This is a(n):  Interim Application _ Final Application  X

**\* Due to the limited monies in this Estate, Professional has agreed to accept $6,000 in full payment of fees owed**

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period | Total Period Requested and Expenses | Fees Allowed | Any Amount Total Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| _____ | _____ | _____ | _____ | _____ |

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| **G&O INDUSTRIES, INC.** | ) | **Case No. 05-63643** |
| | ) | |
| **Debtor(s)** | ) | |

## <u>PETITION FOR FEES</u>

NOW COMES Saul R. Wexler and petitions this Court for an award of fees.  In support thereof, Saul R. Wexler says as follows:

1.      Saul R. Wexler was appointed by the Trustee pursuant to the order of the Bankruptcy Court to represent the Trustee and the Debtor in the proceeding pending in the Illinois Court of Claims under Case No. 04 CC 4515, and the agreed charges for his time in this case were $400.00 per hour for office and/or court time.  These rates represented the reasonable and customary charges for representation in such actions and are fair and reasonable in light of the expertise established by custom and usage in the community at large, and by virtue of the counsel's experience herein.

2.      Associates are employed by Saul R. Wexler who work directly under the control and supervision of attorneys, and their work is billed at the rate of $225 per hour.

3.      Paralegals are employed by Saul R. Wexler who work directly under the control and supervision of attorneys, and their work is billed at the rate of $125 per hour.

4.      Saul R. Wexler is a lawyer duly licensed to practice law in the State of Illinois. He has been so licensed in the State of Illinois since 1968, in the State of California since 1976, is a member of the Federal Trial Bar, and he specializes in general litigation with an emphasis on chancery matters.

1

5.      Saul R. Wexler has spent the time set forth hereinafter in connection with these proceedings as set forth in the copies of counsel's statements itemizing time spent and costs incurred attached hereto and incorporated herein by this reference as Exhibit 1.

6.      Though Saul R. Wexler has incurred fees in the amount of $21,116.29, due to the limited funds in this estate, counsel is willing to cap his fees at $6,000.00.

WHEREFORE, Saul R. Wexler prays for an award of fees in the amount of $6,000.00 in connection with the representation of the Petitioner in the matter before the Court of Claim or for such sums as the Court finds reasonable, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

/s/ Saul R. Wexler
Saul R. Wexler

Saul R. Wexler (#21868)
Three First National Plaza, #2100
Chicago, Illinois 60602
312-558-9191
Attorney No. 21868

2

STATE OF ILLINOIS       )
                          ) SS
COUNTY OF C O O K     )

## **A F F I D A V I T**

       Saul R. Wexler, being duly sworn on oath, deposes and states that if called as a witness, he could testify competently to the following facts:

       1.     That he is, and at all times relevant hereto, was a lawyer duly licensed to practice law in the State of Illinois.

       2.     That he has been so licensed in the State of Illinois since 1968, and in the State of California since 1976.

       3.     That he specializes in general litigation with an emphasis on chancery matters.

       4.     That he is also a member of the Trial Bar for the Northern District of Illinois.

       5.     That his hourly rate for both office and court time is, and has been, $400.00 per hour and that he bills in quarter hourly increments.

       6.     That the aforesaid hourly rate is fair and reasonable for attorneys of like experience.

       7.     That he also employs paralegals in connection with his practice in order to keep his client's costs within more reasonable parameters, and that said paralegals' work is billed at the rate of $125 per hour.

       8.     That he prepared the attached Petition for Fees and knows the contents thereof to be true and correct.

       9.     That the monthly billing statements, attached as Exhibit 1, were prepared at his direction, were reviewed by him on a monthly basis, and are true and correct.

       Further, affiant sayeth naught.

                                           /s/ Saul R. Wexler
                                         Saul R. Wexler

SUBSCRIBED and SWORN to
before me this _____ day
of _____, 2014.

_____
       Notary Public

4/14/2014
10:30 AM

Saul R. Wexler
Slip Listing

Page     1

---

### Selection Criteria

---

| Slip.Classification | Open |
|---|---|
| Clie.Selection | Include: G&O |

---

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 13125          TIME 8/2/2007 Billed        G:13324    1/6/2011 Receive and review existing complaint; notes to and open file; telephone conferences w/David Herzog and w/Matt Finnell re: status of case. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 300.00 T@1 | 75.00 |
| 14400          TIME 4/9/2008 Billed        G:13324    1/6/2011 Telephone conference w/Michelle Lehmann at Taylor's office. | SRW Service G&O | 0.25 0.25 0.00 0.00 | 300.00 T@1 No Charge | 75.00 |
| 14401          TIME 4/10/2008 Billed        G:13324    1/6/2011 Receive and review list of creditors; notify Trustee of no conflict; draft letter to Eliott Wiczer. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 300.00 T@1 | 150.00 |
| 14503          TIME 4/25/2008 Billed        G:13324    1/6/2011 Receive and docket order of appointment; follow-up w/Trustee. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 300.00 T@1 | 75.00 |
| 14694          TIME 5/31/2008 Billed        G:13324    1/6/2011 Followup w/clerk's office re: status; obtain printout; contact Commissioner and opposing attorney. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 300.00 T@1 | 75.00 |
| 15000          TIME 7/29/2008 Billed        G:13324    1/6/2011 Appear at status call; enter order; check status of chancery action and f/u w/predecessor, Elliott Wiczer re: files. | SRW Service G&O | 1.00 0.00 0.00 0.00 | 300.00 T@1 | 300.00 |

4/14/2014                       Saul R. Wexler
10:30 AM                       Slip Listing                     Page     2

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 15034     TIME 8/5/2008 Billed    G:13324    1/6/2011 Receive reply from Elliott Wiczer; draft response and forward to Trustee for review first. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 300.00 T@1 | 75.00 |
| 15430     TIME 8/6/2008 Billed    G:13324    1/6/2011 Follow-up w/David Herzog re: lack of response from Elliott Wiczer. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 300.00 T@1 | 75.00 |
| 15240     TIME 8/8/2008 Billed    G:13324    1/6/2011 Receive reply and send further request to Eliot Wiczer re: file(s) and status of circuit court case. Send to Trustee for approval. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 300.00 T@1 | 75.00 |
| 15431     TIME 8/11/2008 Billed    G:13324    1/6/2011 Send follow-up letter to Mr. Wiczer. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 300.00 T@1 | 75.00 |
| 15457     TIME 10/1/2008 Billed    G:13324    1/6/2011 Follow-up w/Trustee re: lack of response from Elliott Wiczer. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 17463     TIME 8/10/2009 Billed    G:13324    1/6/2011 Attend status hearing at Court of Claims. (MKV) | MKV Service G&O | 0.75 0.00 0.00 0.00 | 200.00 T@1 | 150.00 |
| 17040     TIME 8/27/2009 Billed    G:13324    1/6/2011 Receive notice from Clerk of Court; diary additional counsel for future pleadings. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 17354     TIME 10/16/2009 Billed    G:13324    1/6/2011 Receive and review prior counsel's file and reorganize contents. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |
| 17728     TIME 12/15/2009 Billed    G:13324    1/6/2011 | SRW Service G&O | 0.50 0.00 0.00 | 350.00 T@1 | 175.00 |

Saul R. Wexler
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Receive order granting leave to file motion to Dismiss; send letter to Judge w/copy to opposing attorney; file appearance; send substitution of attorneys to Wiczer. | | 0.00 | | |
| 17778          TIME<br>12/22/2009<br>Billed        G:13324      1/6/2011<br>Telephone conference w/Kent Weil, Court of Claims Clerk's office; receive and review motion; prepare motion to vacate and motion for extension of time. | SRW<br>Service<br>G&O | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 17800          TIME<br>12/23/2009<br>Billed        G:13324      1/6/2011<br>File and serve Motion to Vacate. | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |
| 17856          TIME<br>1/5/2010<br>Billed        G:13324      1/6/2011<br>Exchange emails w/opposing attorney re: Motion to Dismiss; receive memoranda by email; check status on chancery case and possible judgment; notes for objections to motion. | SRW<br>Service<br>G&O | 0.75<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 262.50 |
| 17876          TIME<br>1/6/2010<br>Billed        G:13324      1/6/2011<br>Leter to the Trustee re: judgment in Circuit Court case. Request case file from archives (law clerk) to determine whether judgment was satisfied / concluded. | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |
| 17910          TIME<br>1/12/2010<br>Billed        G:13324      1/6/2011<br>Return chancery file and review; send notes to Trustee re: same. | SRW<br>Service<br>G&O | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 17954          TIME<br>1/20/2010<br>Billed        G:13324      1/6/2011<br>Receive email from  Dave Herzog; draft and send letter to Elliot Wiczer re: Circuit Court "settlement". | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |
| 17949          TIME<br>1/21/2010<br>Billed        G:13324      1/6/2011<br>Exchange voicemails w/Eliot Wiczer re: | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

chancery file.

| 17950 | TIME | SRW | 0.25 | 350.00 | 87.50 |
|---|---|---|---|---|---|
| 1/22/2010 | | Service | 0.00 | T@1 | |
| Billed | G:13324    1/6/2011 | G&O | 0.00 | | |
| Telephone conference w/Eliot Wiczer; notes | | | 0.00 | | |

to file.

| 17994 | TIME | SRW | 0.50 | 350.00 | 175.00 |
|---|---|---|---|---|---|
| 2/2/2010 | | Service | 0.00 | T@1 | |
| Billed | G:13324    1/6/2011 | G&O | 0.00 | | |
| Revise responses to Motion to Dismiss; | | | 0.00 | | |

letter to Elliot Wiczer re: affidavit; confer
w/Stephanie Reiter.

| 18052 | TIME | Paralegal | 1.00 | 65.00 | 65.00 |
|---|---|---|---|---|---|
| 2/2/2010 | | Service | 0.00 | T | |
| Billed | G:13324    1/6/2011 | G&O | 0.00 | | |
| Paralegal research. | | | 0.00 | | |

| 18065 | TIME | SL | 2.00 | 200.00 | 400.00 |
|---|---|---|---|---|---|
| 2/2/2010 | | Service | 0.00 | T@1 | |
| Billed | G:13324    1/6/2011 | G&O | 0.00 | | |
| Associate - research effect of Chavez case | | | 0.00 | | |

in court of claims on "settlement."

| 18122 | TIME | SRW | 0.25 | 350.00 | 87.50 |
|---|---|---|---|---|---|
| 2/25/2010 | | Service | 0.00 | T@1 | |
| Billed | G:13324    1/6/2011 | G&O | 0.00 | | |
| Leave voicemails for Eliott Wiczer re: | | | 0.00 | | |

affidavit.

| 18274 | TIME | SRW | 0.25 | 350.00 | 87.50 |
|---|---|---|---|---|---|
| 3/25/2010 | | Service | 0.00 | T@1 | |
| Billed | G:13324    1/6/2011 | G&O | 0.00 | | |
| Leave voicemail for Elliott Wiczer (2). | | | 0.00 | | |

Follow-up letter t Elliott Wiczer re: need for
affidavit.

| 19328 | TIME | SRW | 0.00 | 350.00 | 0.00 |
|---|---|---|---|---|---|
| 10/22/2010 | | Service | 0.00 | T@1 | |
| Billed | G:13324    1/6/2011 | G&O | 0.00 | No Charge | |
| F/u w/email to Trustee re: attorney's fees. | | | 0.00 | | |

| 19327 | TIME | SRW | 0.75 | 350.00 | 262.50 |
|---|---|---|---|---|---|
| 10/22/2010 | | Service | 0.00 | T@1 | |
| Billed | G:13324    1/6/2011 | G&O | 0.00 | | |
| Prepare, file and serve Response to Motion | | | 0.00 | | |

to Dismiss.

Saul R. Wexler
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 19554    TIME 12/14/2010 Billed    G:13324    1/6/2011 Receive and review Respondent's Motion to Strike; draft and file response; conference w/Trustee; notes to file. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |
| 19581    TIME 12/16/2010 Billed    G:13324    1/6/2011 File and serve Response to Motion to Strike. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 19979    TIME 3/1/2011 Billed    G:13429    4/1/2011 Receive and docket status date. | SRW Service G&O | 0.25 0.25 0.00 0.00 | 350.00 T@1 No Charge | 87.50 |
| 20265    TIME 5/5/2011 Billed    G:13487    6/2/2011 Prepare for and appear at status call; prepare and serve Request to Produce and Notice of Filing. | SRW Service G&O | 1.25 0.00 0.00 | 350.00 T@1 | 437.50 |
| 20300    TIME 5/16/2011 Billed    G:13487    6/2/2011 Receive reply to letter from Norm Jeddeloh re: deposition of Enrique Puentes. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 20382    TIME 6/8/2011 Billed    G:13564    6/30/2011 Appear in court at case management call; confer w/opposing attorney; letter to Trustee re: authority to settle. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |
| 20504    TIME 6/21/2011 Billed    G:13564    6/30/2011 Receive inquiry from opposing attorney; telephone David Herzog. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 20505    TIME 6/28/2011 Billed    G:13564    6/30/2011 Telephone conference w/David Herzog re: authority to settle; notes to file. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 20556    TIME 7/14/2011 Billed    G:13605    7/31/2011 | SRW Service G&O | 0.25 0.00 0.00 | 350.00 T@1 | 87.50 |

Saul R. Wexler
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Submit demand for settlement to opposing attorney. | | 0.00 | | |
| 20623           TIME<br>7/28/2011<br>Billed       G:13605       7/31/2011<br>Send f/u to opposing attorney. | SRW<br>Service<br>G&O | 0.25<br>0.25<br>0.00<br>0.00 | 350.00<br>T@1<br>No Charge | 87.50 |
| 20710           TIME<br>8/17/2011<br>Billed       G:13626       9/8/2011<br>Telephone conference w/Norm Jedelloh; memo to file and to trustee. | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |
| 20741           TIME<br>8/25/2011<br>Billed       G:13626       9/8/2011<br>Appear at status call; order. | SRW<br>Service<br>G&O | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 20973           TIME<br>10/6/2011<br>Billed       G:13675       11/1/2011<br>Paralegal research of discovery. | Paralegal<br>Service<br>G&O | 4.50<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 562.50 |
| 21005           TIME<br>10/26/2011<br>Billed       G:13675       11/1/2011<br>Appear in court on status call; f/u w/Dave Herzog; notes to file. | SRW<br>Service<br>G&O | 0.75<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 262.50 |
| 21145           TIME<br>11/28/2011<br>Billed       G:13701       12/5/2011<br>Telephone conference w/Norman Jeddoloh; letter to Trustee re: debtor info for discovery and followup. | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |
| 21203           TIME<br>12/14/2011<br>Billed       G:10025       12/29/2011<br>Appear at case management call; notify trustee; have Ashley find listings for Larry Orleans. | SRW<br>Service<br>G&O | 0.75<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 262.50 |
| 21236           TIME<br>12/14/2011<br>Billed       G:10025       12/29/2011<br>Paralegal - research Larry Orleans; prepare memo; researched discovery and prepare memo. | Paralegal<br>Service<br>G&O | 2.00<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 250.00 |

4/14/2014                                         Saul R. Wexler
10:30 AM                                          Slip Listing                                        Page      7

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 21273        TIME 12/21/2011 Billed         G:10025    12/29/2011 Send letter to Larry Orleans. | Paralegal Service G&O | 0.25 0.00 0.00 0.00 | 125.00 T@1 | 31.25 |
| 21274        TIME 12/28/2011 Billed         G:10025    12/29/2011 F/u letter to trustee. | Paralegal Service G&O | 0.25 0.25 0.00 0.00 | 125.00 T@1 No Charge | 31.25 |
| 21360        TIME 2/6/2012 Billed         G:10063     3/1/2012 F/u w/Larry Orleans and counsel re: Respondent's discovery. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 21383        TIME 2/10/2012 Billed         G:10063     3/1/2012 Prepare Motion to Extend Discovery. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |
| 21390        TIME 2/13/2012 Billed         G:10063     3/1/2012 Review motion to extend discovery; telephone conference w/Commissioner Cavanaugh. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |
| 21404        TIME 2/16/2012 Billed         G:10063     3/1/2012 File and serve notice and motion to extend discovery; telephone conference w/Larry Orleans; notes to file. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |
| 21438        TIME 2/28/2012 Billed         G:10063     3/1/2012 Leave voice mail for Larry Orleans; receive and draft reply in support of Motion to Extend Discovery. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 21500        TIME 3/14/2012 Billed         G:10085     4/3/2012 Pick up copy of order; diary dates; letter to Commissioner and opposing attorney; telephone conference with and email to Larry Orleans. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |

4/14/2014                                    Saul R. Wexler
10:30 AM                                     Slip Listing                                    Page      8

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| 21519 | TIME | SRW | 2.00 | 350.00 | 700.00 |
|---|---|---|---|---|---|
| 3/21/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10085    4/3/2012 | G&O | 0.00 | | |
| Travel to/from conference w/Larry Orleans re: discovery; draft answers to interrogatories w/notes. | | | 0.00 | | |

| 21535 | TIME | SRW | 0.75 | 350.00 | 262.50 |
|---|---|---|---|---|---|
| 3/27/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10085    4/3/2012 | G&O | 0.00 | | |
| Exchange emails w/Stacy Orleans re: answers to interrogatories and derogatory letter; copy response to request to produce. | | | 0.00 | | |

| 21665 | TIME | Paralegal | 1.00 | 125.00 | 125.00 |
|---|---|---|---|---|---|
| 3/29/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10105    5/3/2012 | G&O | 0.00 | | |
| Paralegal research. | | | 0.00 | | |

| 21629 | TIME | Paralegal | 2.50 | 125.00 | 312.50 |
|---|---|---|---|---|---|
| 4/2/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10105    5/3/2012 | G&O | 0.00 | | |
| Sort out production request. | | | 0.00 | | |

| 21574 | TIME | SRW | 0.75 | 350.00 | 262.50 |
|---|---|---|---|---|---|
| 4/2/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10105    5/3/2012 | G&O | 0.00 | | |
| Complete and forward answers to interrog to Larry Orleans; send response to request to produce. | | | 0.00 | | |

| 21597 | EXP | SRW | 1 | 5.90 | 5.90 |
|---|---|---|---|---|---|
| 4/5/2012 | | $Expense | | | |
| Billed | G:10105    5/3/2012 | G&O | | | |
| Postage to send Answers to Interrogatories and Response to Request for Production. | | | | | |

| 21599 | TIME | SRW | 0.50 | 350.00 | 175.00 |
|---|---|---|---|---|---|
| 4/5/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10105    5/3/2012 | G&O | 0.00 | | |
| Telephone conference w/Larry Orleans; prepare affidavit per Rule 214 for Response to Request to Produce; file certificate of service and mail Answers. | | | 0.00 | | |

| 21610 | TIME | SRW | 0.25 | 350.00 | 87.50 |
|---|---|---|---|---|---|
| 4/6/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10105    5/3/2012 | G&O | 0.00 | | |
| File certificate of service; send responses to discovery. | | | 0.00 | | |

4/14/2014                                        Saul R. Wexler
10:30 AM                                         Slip Listing                                         Page      9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 21600<br>4/9/2012<br>Billed<br>Xerox charges. | EXP<br><br>G:10105 | <br><br>5/3/2012 | SRW<br>$Expense<br>G&O | 215 | 0.20 | 43.00 |
| 21690<br>4/17/2012<br>Billed<br>Telephone conference w/Damon Steigler re:<br>deliveries; notes to file. | TIME<br><br>G:10105 | <br><br>5/3/2012 | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |
| 21819<br>5/7/2012<br>Billed<br>Telephone conference w/Norm Jedelloh;<br>letters to Jedelloh and Larry Orleans. | TIME<br><br>G:10146 | <br><br>6/7/2012 | SRW<br>Service<br>G&O | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 21826<br>5/10/2012<br>Billed<br>Appear at status call; enter order; notes to<br>file for f/u w/Trustee; confer w/opposing<br>attorney. | TIME<br><br>G:10146 | <br><br>6/7/2012 | SRW<br>Service<br>G&O | 1.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 350.00 |
| 21831<br>5/11/2012<br>Billed<br>Telephone conference w/Dave Herzog re:<br>status and likelihood of settlement;<br>telephone conference w/Bob Sklamberg;<br>draft memo to David re: same. | TIME<br><br>G:10146 | <br><br>6/7/2012 | SRW<br>Service<br>G&O | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 21835<br>5/11/2012<br>Billed<br>Telephone conference w/Dave; notes to file. | TIME<br><br>G:10146 | <br><br>6/7/2012 | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |
| 21906<br>5/22/2012<br>Billed<br>Receive and reply to letter from opposing<br>attorney re: document production; diary. | TIME<br><br>G:10146 | <br><br>6/7/2012 | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |
| 21907<br>5/29/2012<br>Billed<br>F/u w/Larry Orleans re: documents and<br>invoices. | TIME<br><br>G:10146 | <br><br>6/7/2012 | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |

Saul R. Wexler
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 21951   TIME 5/30/2012 Billed   G:10146   6/7/2012 F/u w/Norm Jeddeloh. | SRW Service G&O | 0.00 0.00 0.00 0.00 | 350.00 T@1 No Charge | 0.00 |
| 21976   TIME 6/8/2012 Billed   G:10164   7/2/2012 Receive Motion to Compel; review; notes for objections; response to opposing attorney. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |
| 21997   TIME 6/13/2012 Billed   G:10164   7/2/2012 Telephone conference w/Larry Orlenas re: f/u; notes to file. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 22091   TIME 6/28/2012 Billed   G:10164   7/2/2012 Receive copy of court order; diary reply and hearing dates. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 22203   TIME 7/13/2012 Billed   G:10199   8/2/2012 Telephone conference w/Larry Orleans; notes to file. | SRW Service G&O | 0.25 0.00 0.00 0.00 | 350.00 T@1 | 87.50 |
| 22221   TIME 7/19/2012 Billed   G:10199   8/2/2012 Prepare response to motion to compel and notice of filing. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |
| 22301   TIME 7/30/2012 Billed   G:10199   8/2/2012 Receive and review Reply in Support of Motion to Compel; notes to file. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |
| 22330   TIME 8/2/2012 Billed   G:10227   9/4/2012 Appear at motion call; anaylze motions; notes to file and Trustee; diary new dates. | SRW Service G&O | 0.75 0.00 0.00 0.00 | 350.00 T@1 | 262.50 |
| 22506   TIME 9/5/2012 Billed   G:10273   10/2/2012 Telephone conference w/Paula Cree and letter to Norm Jeddeloh. | SRW Service G&O | 0.50 0.00 0.00 0.00 | 350.00 T@1 | 175.00 |

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 22512 | TIME | SRW | 0.50 | 350.00 | 175.00 |
| 9/6/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10273    10/2/2012 | G&O | 0.00 | | |
| Telephone conference w/Norman Jeddeloh, | | | 0.00 | | |
| David Herzog re: deposition of Elliott Wiczer. | | | | | |
| 22526 | TIME | SRW | 0.50 | 350.00 | 175.00 |
| 9/7/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10273    10/2/2012 | G&O | 0.00 | | |
| F/u w/opposing attorney re: Wiczer | | | 0.00 | | |
| depositoin; prepare for same. | | | | | |
| 22533 | TIME | SRW | 1.50 | 350.00 | 525.00 |
| 9/11/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10273    10/2/2012 | G&O | 0.00 | | |
| Appear at deposition of Elliott Wiczer; notes | | | 0.00 | | |
| to file; letter to Dave Herzog; telephone | | | | | |
| conference w/Larry Orleans. | | | | | |
| 22545 | TIME | SRW | 0.75 | 350.00 | 262.50 |
| 9/12/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10273    10/2/2012 | G&O | 0.00 | | |
| Appear at status call; enter order; send | | | 0.00 | | |
| supplemental discovery to Larry Orleans | | | | | |
| w/notes. | | | | | |
| 22576 | TIME | SRW | 0.50 | 350.00 | 175.00 |
| 9/24/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10273    10/2/2012 | G&O | 0.00 | | |
| Receive notice of records deposition; diary | | | 0.00 | | |
| same; send draft response to Larry Orleans. | | | | | |
| 22642 | TIME | SRW | 0.25 | 350.00 | 87.50 |
| 10/10/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10291    10/31/2012 | G&O | 0.00 | | |
| Conference w/David Herzog re: claims of | | | 0.00 | | |
| NPC. | | | | | |
| 22662 | TIME | SRW | 0.25 | 350.00 | 87.50 |
| 10/12/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10291    10/31/2012 | G&O | 0.00 | | |
| F/u w/Norm Jeddeloh re: Wiczer documents; | | | 0.00 | | |
| f/u w/Larry Orleans re: response to | | | | | |
| supplement production. | | | | | |
| 22715 | TIME | SRW | 0.25 | 350.00 | 87.50 |
| 10/26/2012 | | Service | 0.00 | T@1 | |
| Billed | G:10291    10/31/2012 | G&O | 0.00 | | |
| Telephone conference w/Norm Jedelloh; f/u | | | 0.00 | | |
| w/Larry Orleans. | | | | | |

4/14/2014                              Saul R. Wexler
10:30 AM                               Slip Listing                              Page      12

| Slip ID | Timekeeper | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
|---|---|---|---|---|
| 22718          TIME | SRW | 0.25 | 350.00 | 87.50 |
| 10/26/2012 | Service | 0.00 | T@1 | |
| Billed          G:10291      10/31/2012 | G&O | 0.00 | | |
| Receive and reply to telephone call from | | 0.00 | | |
| Norm Jedelloh; f/u w/trustee. | | | | |
| | | | | |
| 22722          TIME | SRW | 0.50 | 350.00 | 175.00 |
| 10/30/2012 | Service | 0.00 | T@1 | |
| Billed          G:10291      10/31/2012 | G&O | 0.00 | | |
| Telephone conferences w/David Herzog and | | 0.00 | | |
| w/Norm Jedelloh; receive and reply to email | | | | |
| to continue date of status call from | | | | |
| Commissioner. | | | | |
| | | | | |
| 22743          TIME | SRW | 0.00 | 350.00 | 0.00 |
| 10/30/2012 | Service | 0.00 | T@1 | |
| Billed          G:10291      10/31/2012 | G&O | 0.00 | No Charge | |
| Send copy of settlement agreement to | | 0.00 | | |
| Trustee w/cover letter. | | | | |
| | | | | |
| 22839          TIME | SRW | 0.25 | 350.00 | 87.50 |
| 11/19/2012 | Service | 0.00 | T@1 | |
| Billed          G:10303      12/4/2012 | G&O | 0.00 | | |
| Telephone conference w/Norm Jeddeloh and | | 0.00 | | |
| David Herzog. | | | | |
| | | | | |
| 22840          TIME | SRW | 0.75 | 350.00 | 262.50 |
| 11/20/2012 | Service | 0.00 | T@1 | |
| Billed          G:10303      12/4/2012 | G&O | 0.00 | | |
| Appear at case management call; enter | | 0.00 | | |
| order; send email to Larry Orleans re: | | | | |
| deposition date; f/u w/David Herzog. | | | | |
| | | | | |
| 22863          TIME | SRW | 0.50 | 350.00 | 175.00 |
| 11/30/2012 | Service | 0.00 | T@1 | |
| Billed          G:10303      12/4/2012 | G&O | 0.00 | | |
| Receive and forward notice of deposition; | | 0.00 | | |
| telephone conference w/Larry Orleans re: | | | | |
| notice; set meeting to prepare for same. | | | | |
| | | | | |
| 22904          TIME | SRW | 2.00 | 350.00 | 700.00 |
| 12/11/2012 | Service | 0.00 | T@1 | |
| Billed          G:10329      1/9/2013 | G&O | 0.00 | | |
| Travel to meet w/Larry Orleans and prepare | | 0.00 | | |
| for deposition | | | | |
| | | | | |
| 22920          TIME | SRW | 4.50 | 350.00 | 1575.00 |
| 12/13/2012 | Service | 0.00 | T@1 | |
| Billed          G:10329      1/9/2013 | G&O | 0.00 | | |
| Appear at deposition of Larry Orleans; notes | | 0.00 | | |
| to file. | | | | |

4/14/2014                              Saul R. Wexler
10:30 AM                               Slip Listing                              Page     13

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 22928          TIME | SRW | 0.50 | 350.00 | 175.00 |
| 12/17/2012 | Service | 0.00 | T@1 | |
| Billed        G:10329    1/9/2013 | G&O | 0.00 | | |
| F/u w/Larry Orleans; send deposition notes; | | 0.00 | | |
| f/u w/G&O's former attorney George Vurdelja. | | | | |
| 22938          TIME | SRW | 0.50 | 350.00 | 175.00 |
| 12/19/2012 | Service | 0.00 | T@1 | |
| Billed        G:10329    1/9/2013 | G&O | 0.00 | | |
| Receive and forward letter from G&O's | | 0.00 | | |
| former attorney to Larry Orleans, Dave | | | | |
| Herzog w/authorizations. | | | | |
| 22943          TIME | SRW | 0.25 | 350.00 | 87.50 |
| 12/21/2012 | Service | 0.00 | T@1 | |
| Billed        G:10329    1/9/2013 | G&O | 0.00 | | |
| Telephone conference w/Larry Orleans; | | 0.00 | | |
| notes to file. | | | | |
| 22975          TIME | SRW | 0.25 | 350.00 | 87.50 |
| 1/3/2013 | Service | 0.00 | T@1 | |
| Billed        G:10337    1/31/2013 | G&O | 0.00 | | |
| Telephone conference w/Larry Orleans re: | | 0.00 | | |
| missing tax return; letter to/from attorney; | | | | |
| dictate notes for f/u w/opposing attorney. | | | | |
| 22962          EXP | SRW | 267 | 0.20 | 53.40 |
| 1/7/2013 | $Expense | | | |
| Billed        G:10329    1/9/2013 | G&O | | | |
| Xerox charges. | | | | |
| 22964          EXP | SRW | 1 | 5.24 | 5.24 |
| 1/8/2013 | $Expense | | | |
| Billed        G:10329    1/9/2013 | G&O | | | |
| Postage to Norm Jeddeloh. | | | | |
| 22984          TIME | SRW | 1.00 | 350.00 | 350.00 |
| 1/8/2013 | Service | 0.00 | T@1 | |
| Billed        G:10337    1/31/2013 | G&O | 0.00 | | |
| Review documents to be forwarded to | | 0.00 | | |
| opposing attorney; forward same; calculate | | | | |
| amounts in dispute/discrepancy. | | | | |
| 23014          TIME | SRW | 0.50 | 350.00 | 175.00 |
| 1/10/2013 | Service | 0.00 | T@1 | |
| Billed        G:10337    1/31/2013 | G&O | 0.00 | | |
| Telephone conference w/Norm Jeddeloh and | | 0.00 | | |
| Commissioner Cavanaugh; letter to David | | | | |
| Herzog re: status and possible settlement. | | | | |

4/14/2014
10:30 AM

Saul R. Wexler
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 23097          TIME<br>2/5/2013<br>Billed        G:10371      3/5/2013<br>Conference call w/Commission Cavanaugh<br>and Norm Jedelloh; telephone conference<br>w/David Herzog re: authority to make<br>settlement demand. | SRW<br>Service<br>G&O | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 23115          TIME<br>2/13/2013<br>Billed        G:10371      3/5/2013<br>Review documents from Plaintiff's former<br>attorney; notes to file. | SRW<br>Service<br>G&O | 1.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 437.50 |
| 23135          TIME<br>2/18/2013<br>Billed        G:10371      3/5/2013<br>Telephone conference w/Norm Jeddeloh;<br>letter to Dave Herzog re: offer of settlement. | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 87.50 |
| 23187          TIME<br>2/27/2013<br>Billed        G:10371      3/5/2013<br>Send email to opposing attorney and<br>Commissioner Cavanaugh  re: rescheduling<br>phone conference; telephone conferences<br>w/David Herzog (2), Norm Jeddeloh (3) re:<br>offer of settlement; telephone conference<br>w/Mr. Jeddeloh; leave voicemail message for<br>David Herzog. | SRW<br>Service<br>G&O | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 23194          TIME<br>2/28/2013<br>Billed        G:10371      3/5/2013<br>F/u w/David Herzog. | SRW<br>Service<br>G&O | 0.50<br>0.50<br>0.00<br>0.00 | 350.00<br>T@1<br>No Charge | 175.00 |
| 23447          TIME<br>4/10/2013<br>Billed        G:10411      4/30/2013<br>Telephone conference w/Norm Jeddeloh;<br>notes; leave voicemail for David Herzog. | SRW<br>Service<br>G&O | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 23494          TIME<br>4/19/2013<br>Billed        G:10411      4/30/2013<br>Telephone conference w/Dave Herzog; letter<br>to Norm Jeddeloh confirming settlement. | SRW<br>Service<br>G&O | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 23534          TIME<br>4/29/2013<br>Billed        G:10411      4/30/2013<br>Receive and review Stipulation/Settlement | SRW<br>Service<br>G&O | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |

| 4/14/2014 | | Saul R. Wexler | | | |
| 10:30 AM | | Slip Listing | | | Page    15 |

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Agreement; send reply to Mr. Jeddeloh;
telephone conference w/Norm Jeddeloh re:
changes requested.

| 23630 | TIME | | SRW | 0.50 | 400.00 | 200.00 |
| 5/9/2013 | | | Service | 0.00 | T@1 | |
| Billed | G:10452 | 6/3/2013 | G&O | 0.00 | | |

Telephone conference w/opposing attorney,
commissions; notes to file; diary new date.

| 23714 | TIME | | SRW | 2.00 | 400.00 | 800.00 |
| 5/23/2013 | | | Service | 0.00 | T@1 | |
| Billed | G:10452 | 6/3/2013 | G&O | 0.00 | | |

Telephone conferences w/Norm Jeddeloh
(5/22/13) and Larry Orleans.

| 23722 | TIME | | SRW | 0.25 | 400.00 | 100.00 |
| 5/29/2013 | | | Service | 0.00 | T@1 | |
| Billed | G:10452 | 6/3/2013 | G&O | 0.00 | | |

Telephone conference w/Norm Jeddeloh (2)
and Commissioner Cavanaugh; notes to file.

| 23881 | TIME | | SRW | 0.25 | 400.00 | 100.00 |
| 6/27/2013 | | | Service | 0.00 | T@1 | |
| Billed | G:10472 | 7/2/2013 | G&O | 0.00 | | |

Telephone conferences w/Norm Jeddeloh
(2) and Commissioner Cavanaugh; enter
order and diary f/u date.

| 23933 | TIME | | SRW | 0.25 | 400.00 | 100.00 |
| 7/9/2013 | | | Service | 0.25 | T@1 | |
| Billed | G:10497 | 8/5/2013 | G&O | 0.00 | No Charge | |

Telephone conference w/Norm Jeddeloh,
Commissioner Cavanaugh; reset status
date; f/u w/Larry Orleans by email re: release.

| 24015 | TIME | | SRW | 0.25 | 400.00 | 100.00 |
| 7/23/2013 | | | Service | 0.00 | T@1 | |
| Billed | G:10497 | 8/5/2013 | G&O | 0.00 | | |

F/u w/Larry Orleans and Norm Jeddeloh re:
release documents.

| 24119 | TIME | | SRW | 0.25 | 400.00 | 100.00 |
| 8/6/2013 | | | Service | 0.00 | T@1 | |
| Billed | G:10529 | 9/3/2013 | G&O | 0.00 | | |

Telephone conference w/Commissioner
Cavanaugh; diary new status date;
telephone conference w/Norm Jeddeloh;
notes to file.

Saul R. Wexler
Slip Listing

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 24229 | TIME | SRW | 0.50 | 400.00 | 200.00 |
| 8/21/2013 | | Service | 0.00 | T@1 | |
| Billed | G:10529   9/3/2013 | G&O | 0.00 | | |
| Receive proposal from Mr. Jeddeloh re: new language in release; draft response and send to Larry Orleans for approval. | | | 0.00 | | |
| 24230 | TIME | SRW | 0.25 | 400.00 | 100.00 |
| 8/27/2013 | | Service | 0.25 | T@1 | |
| Billed | G:10529   9/3/2013 | G&O | 0.00 | No Charge | |
| F/u w/Larry Orleans. | | | 0.00 | | |
| 24231 | TIME | SRW | 0.25 | 400.00 | 100.00 |
| 8/29/2013 | | Service | 0.00 | T@1 | |
| Billed | G:10529   9/3/2013 | G&O | 0.00 | | |
| F/u w/Larry Orleans. | | | 0.00 | | |
| 24269 | TIME | SRW | 0.25 | 400.00 | 100.00 |
| 9/6/2013 | | Service | 0.25 | T@1 | |
| Billed | G:10555   9/27/2013 | G&O | 0.00 | No Charge | |
| Leave voicemail for Larry Orleans re: letter to opposing attorney; Trustee. | | | 0.00 | | |
| 24289 | TIME | SRW | 0.75 | 400.00 | 300.00 |
| 9/11/2013 | | Service | 0.00 | T@1 | |
| Billed | G:10555   9/27/2013 | G&O | 0.00 | | |
| Telephone conferences w/Norm Jeddeloh (2); exchange emails w/him; Larry Orleans and David Herzog; modify settlement agreement. | | | 0.00 | | |
| 24296 | TIME | SRW | 0.25 | 400.00 | 100.00 |
| 9/12/2013 | | Service | 0.00 | T@1 | |
| Billed | G:10555   9/27/2013 | G&O | 0.00 | | |
| Telephone conference w/Norm Jeddeloh and Commissioner Cavanaugh; diary next status date; receive, review and forward final Release. | | | 0.00 | | |
| 24357 | TIME | SRW | 0.25 | 400.00 | 100.00 |
| 9/26/2013 | | Service | 0.25 | T@1 | |
| Billed | G:10555   9/27/2013 | G&O | 0.00 | No Charge | |
| Telephone conferences with and dictate letter to David Herzog re: settlement agreement. | | | 0.00 | | |
| 24884 | TIME | SRW | 0.25 | 400.00 | 100.00 |
| 2/27/2014 | | Service | 0.00 | T@1 | |
| Billed | G:10657   3/5/2014 | G&O | 0.00 | | |
| Telephone conference w/Norm Jeddeloh and Commissioner Cavanaugh memo to David Herzog re: W-9 for G&O Industries. | | | 0.00 | | |

4/14/2014                                  Saul R. Wexler
10:30 AM                                   Slip Listing                                      Page    17

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 24968          TIME | SRW | 0.00 | 400.00 | 0.00 |
| 3/21/2014 | Service | 0.00 | T@1 | |
| Billed          G:10680     4/1/2014 | G&O | 0.00 | No Charge | |
| Exchange emails w/Trustee and opposing | | 0.00 | | |
| attorney re: Court Order and W-9. | | | | |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 68.25 | | 21166.29 |
| | Unbillable | 2.50 | | 856.25 |
| | Total | 70.75 | | 22022.54 |