**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **G&O INDUSTRIES, INC.** | ) | **Case No. 05-63643** |
| | ) | |
| Debtors. | ) | **Honorable Jacqueline P. Cox** |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 680
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on October 15, 2015 at 9:30 a.m., before the Honorable Jacqueline P. Cox,, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 680, Chicago, IL 60604.

Date Mailed: _____    By: /s/   David R. Herzog
                                                           Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 05-63643-6
 §
G & O INDUSTRIES INC  §
 §
 §
 §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $15,000.00
*and approved disbursements of*  $326.52
*leaving a balance on hand of[1]:*  $14,673.48

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $14,673.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $2,250.00 | $0.00 | $2,250.00 |
| Saul R. Wexler, Attorney for Trustee Fees | $6,000.00 | $0.00 | $6,000.00 |
| Office of the U.S. Trustee, U.S. Trustee Quarterly Fees | $1,000.00 | $0.00 | $1,000.00 |
| Other: Clerk of the U.S. Bankruptcy Court, Other Chapter 7 Administrative Expenses | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses:  $9,500.00
Remaining balance:  $5,173.48

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $5,173.48 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $370.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Pitney Bowes Inc | $370.00 | $0.00 | $370.00 |

| | Total to be paid to priority claims: | $370.00 |
|---|---|---|
| | Remaining balance: | $4,803.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $540,575.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | $0.00 | $0.00 | $0.00 |
| 2 | Pitney Bowes Inc | $2,574.33 | $0.00 | $22.87 |
| 4 | Citibank USA NA | $3,384.11 | $0.00 | $30.07 |
| 5 | TST Impreso | $4,334.84 | $0.00 | $38.52 |
| 7 | Pitney Bowes Inc | $2,378.84 | $0.00 | $21.14 |
| 8 | True Benchmark Ins. | $527,903.48 | $0.00 | $4,690.88 |

| | Total to be paid to timely general unsecured claims: | $4,803.48 |
|---|---|---|
| | Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

  Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | «mnyTotalUnsecuredCreditorsSub_v2» |
| Remaining balance: | $0.00 |

Prepared By: /s/ David R. Herzog
       Trustee

David R. Herzog
77 W. Washington Street
Suite 1717
Chicago, IL, 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
G & O Industries  Inc  
　　　Debtor

Case No. 05-63643-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: cmendoza1　　　Page 1 of 1　　　Date Rcvd: Sep 08, 2015  
　　　　　　　　　　　　Form ID: pdf006　　　Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2015.

```
db          +G & O Industries  Inc,    4527 N Ravenswood,    Chicago, IL 60640-5201
aty         +Saul R Wexler,    70 W Madison #2100,    Chicago, IL 60602-4253
10654634    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank USA NA,     dba Dell,    PO Box  9025,
               Des Moines IA     50368)
10493177    +J. Brian Pierce & Assoc.,    212 N. Canal St., Ste. 300,    Chicago, Il 60606-1303
10493174    +JP Morgan Chase,    C/o Andy Kos,    Litigation Div., 26th Floor,    1 Chase Manhattan Plaza,
              New York, NY 10081-0001
10493173    +NPC,    C/o Daniel Olswang,    1419 Lake Cook Rd., Ste 480,    Deerfield, IL 60015-5228
10652907    +Office of the U.S. Trustee,    227 West Monroe Suite 3350,    Chicago, Illinois 60606-5099
10493175    +TST Impreso,    652 S. Western Blvd.,    Coppell, TX 75019-4419
10493178    +True Benchmark Ins.,    6 Court of Mohawk Valley,    Lincolnshire, IL 60069-3211
10493176    +Wholesale Toner Supply,    8235 Lankershim Blvd., Unit H,    N. Hollywood, CA 91605-0985
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
10620599    +E-mail/Text: bankruptcy@pb.com Sep 09 2015 01:28:41     Pitney Bowes Inc,    27 Waterview Drive,
              Shelton CT 06484-4361
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10563514      JPMorgan Chase Bank, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2015　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2015 at the address(es) listed below:

```
          David R Herzog    on behalf of Trustee David R Herzog drhlaw@mindspring.com,
           herzogschwartz@gmail.com
          David R Herzog    drhlaw@mindspring.com,
           herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
          Joy E Roman    on behalf of Defendant Timothy J Schnitzler jelevy@arnstein.com,   ecf@bellroman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert S Shulman    on behalf of Debtor    G & O Industries  Inc rshulman@wiczerzelmar.com
          Robert S Shulman    on behalf of Plaintiff    G & O Industries  Inc rshulman@wiczerzelmar.com
                                                                                              TOTAL: 6
```