**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-63643-6 |
| | § | |
| G & O INDUSTRIES INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,250.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $5,173.48 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $9,826.52 | | |

3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $9,826.52 | $9,826.52 | $9,826.52 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $370.00 | $370.00 | $370.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $540,605.67 | $540,605.67 | $4,803.48 |
| **Total Disbursements** | $0.00 | $550,802.19 | $550,802.19 | $15,000.00 |

4). This case was originally filed under chapter 11 on 11/28/2005. The case was converted to one under Chapter 7 on 03/16/2006. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/02/2016                    By:   /s/ David R. Herzog
                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| SUIT - G&O VS. UIC | 1149-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| Arthur B. Levine Company | 2300-000 | NA | $10.64 | $10.64 | $10.64 |
| Bank of Texas | 2600-000 | NA | $315.88 | $315.88 | $315.88 |
| Office of the U.S. Trustee | 2950-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Clerk of the U.S. Bankruptcy Court | 2990-000 | NA | $250.00 | $250.00 | $250.00 |
| Saul R. Wexler, Attorney for Trustee | 3210-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $9,826.52 | $9,826.52 | $9,826.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Pitney Bowes Inc | 5800-000 | $0.00 | $370.00 | $370.00 | $370.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $370.00 | $370.00 | $370.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Pitney Bowes Inc | 7100-000 | $0.00 | $2,574.33 | $2,574.33 | $22.87 |
| 4 | Citibank USA NA | 7100-000 | $0.00 | $3,384.11 | $3,384.11 | $0.00 |
| 5 | TST Impreso | 7100-000 | $0.00 | $4,334.84 | $4,334.84 | $38.52 |
| 7 | Pitney Bowes Inc | 7100-000 | $0.00 | $2,378.84 | $2,378.84 | $21.14 |
| 8 | True Benchmark Ins. | 7100-000 | $0.00 | $527,903.48 | $527,903.48 | $4,690.88 |
|  | Clerk of the Bankruptcy Court | 7100-000 | $0.00 | $30.07 | $30.07 | $30.07 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $540,605.67 | $540,605.67 | $4,803.48 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 05-63643-6 | Trustee Name: | David R. Herzog |
| Case Name: | G & O INDUSTRIES INC | Date Filed (f) or Converted (c): | 03/16/2006 (c) |
| For the Period Ending: | 12/2/2016 | §341(a) Meeting Date: | 04/12/2006 |
| | | Claims Bar Date: | 04/15/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  HARRIS BANK ACCOUNT | $250.00 | $250.00 | | $0.00 | FA |
| 2  VARIOUS RECEIVABLES | $4,000.00 | $4,000.00 | | $0.00 | FA |
| 3  SUIT - G&O VS. UIC | $80,000.00 | $15,000.00 | | $15,000.00 | FA |
| 4  SUIT - SCHNITZLER VS. G&O | Unknown | $0.00 | | $0.00 | FA |
| 5  COMPUTERS, DESKS | $2,000.00 | $2,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**
                              $86,250.00              $21,250.00                                  $15,000.00                  $0.00

**Major Activities affecting case closing:**
07/28/2014    Trustee obtained settlement of Court of Claims action. Awaiting special counsel fee application and working on closing of the case.

**Initial Projected Date Of Final Report (TFR):** 12/31/2008    **Current Projected Date Of Final Report (TFR):** 12/31/2014    /s/ DAVID R. HERZOG
                                                                                                                                  DAVID R. HERZOG

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit 9

| Case No. | 05-63643-6 | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | G & O INDUSTRIES INC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5660 | | Checking Acct #: | ******0177 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 11/28/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/2/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2014 | (3) | University of Illinois | Settlement | 1149-000 | $15,000.00 | | $15,000.00 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $14,990.00 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.07 | $14,965.93 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.37 | $14,942.56 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.11 | $14,918.45 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.07 | $14,894.38 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.25 | $14,871.13 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.99 | $14,847.14 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.18 | $14,823.96 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.92 | $14,800.04 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.88 | $14,776.16 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.53 | $14,754.63 |
| 03/20/2015 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $10.64 | $14,743.99 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.80 | $14,720.19 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.00 | $14,697.19 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.71 | $14,673.48 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $22.91 | $14,650.57 |
| 07/01/2015 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($22.91) | $14,673.48 |
| 10/15/2015 | 3002 | Saul R. Wexler | Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $6,000.00 | $8,673.48 |
| 10/15/2015 | 3003 | Clerk of the U.S. Bankruptcy Court | Distribution Dividend: 100.00; Account Number: ; | 2990-000 | | $250.00 | $8,423.48 |
| 10/15/2015 | 3004 | David R. Herzog | Trustee Compensation | 2100-000 | | $2,250.00 | $6,173.48 |
| 10/15/2015 | 3005 | Office of the U.S. Trustee | Distribution Dividend: 100.00; Account Number: ; | 2950-000 | | $1,000.00 | $5,173.48 |
| 10/15/2015 | 3006 | Pitney Bowes Inc | Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $370.00 | $4,803.48 |
| 10/15/2015 | 3007 | Pitney Bowes Inc | Distribution Dividend: 0.89; Account Number: ; | 7100-000 | | $22.87 | $4,780.61 |
| 10/15/2015 | 3008 | Citibank USA NA | Distribution Dividend: 0.89; Account Number: ; | 7100-000 | | $30.07 | $4,750.54 |
| 10/15/2015 | 3009 | TST Impreso | Distribution Dividend: 0.89; Account Number: ; | 7100-000 | | $38.52 | $4,712.02 |
| 10/15/2015 | 3010 | Pitney Bowes Inc | Distribution Dividend: 0.89; Account Number: ; | 7100-000 | | $21.14 | $4,690.88 |
| 10/15/2015 | 3011 | True Benchmark Ins. | Distribution Dividend: 0.89; Account Number: ; | 7100-000 | | $4,690.88 | $0.00 |
| | | | **SUBTOTALS** | | $15,000.00 | $15,000.00 | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-63643-6 | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | G & O INDUSTRIES INC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5660 | | Checking Acct #: | ******0177 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 11/28/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/2/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/19/2016 | 3008 | STOP PAYMENT: Citibank USA NA | Distribution Dividend: 0.89; Account Number: ; | 7100-004 | | ($30.07) | $30.07 |
| 10/19/2016 | 3012 | Citibank USA NA | Deposit of Unclaimed Funds check 3008 to Citibank | 7100-000 | | $30.07 | $0.00 |
| 10/24/2016 | 3012 | STOP PAYMENT: Citibank USA NA | Deposit of Unclaimed Funds check 3008 to Citibank | 7100-004 | | ($30.07) | $30.07 |
| 10/24/2016 | 3013 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds check 3008 to Citibank | 7100-000 | | $30.07 | $0.00 |

|   |   |   |
|---|---|---|
| TOTALS: | $15,000.00 | $15,000.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $15,000.00 | $15,000.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $15,000.00 | $15,000.00 | |

**For the period of 11/28/2005 to 12/2/2016**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/17/2014 to 12/2/2016**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-63643-6 | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | G & O INDUSTRIES INC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5660 | | Checking Acct #: | ******0177 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 11/28/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/2/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $15,000.00 | $15,000.00 | $0.00 |

**For the period of 11/28/2005 to 12/2/2016**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/16/2006 to 12/2/2016**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG